■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE LOPEZ, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the Supreme Court, Suffolk County (McInerney, J.), imposed January 8, 1990.

Ordered that the sentence is affirmed.

The defendant's contention that his sentence constituted cruel and inhuman punishment is unpreserved for appellate review *(see, People v Ingram,* 67 NY2d 897, 899) and is, in any event, without merit. Mangano, P. J., Kunzeman, Eiber, O'Brien and Ritter, JJ., concur.